## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

PATRICIA KENNEDY ,

Plaintiff(s),

v.

GOLDEN MILE HOTELS, LLC )
d/b/a EUROSTARS MAGNIFICENT MILE, )
an Illinois Limited Liability Company ,

Defendant(s).

Case No.  20-cv-1533
Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s)  PATRICIA KENNEDY
and against defendant(s)  GOLDEN MILE HOTELS, LLC ) d/b/a EUROSTARS  AGNIFICENT MILE, ) an Illinois Limited Liability Company.
in the amount of $3,575.90 ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion

Date:  12/14/2020                                    Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk